xuezhengind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 3 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **05-00080** |
| Plaintiff. | ) **INDICTMENT** |
| vs. | ) **FALSE SWEARING IN IMMIGRATION MATTER** |
| XUE MING ZHENG, | ) [18 U.S.C. § 1546(a)] |
| aka ZHUN ZHONG XEA, | ) |
| aka ZHAN ZHONG YEA, | ) **PERJURY** |
| aka CUN ZHONG XUA, | ) [18 U.S.C. § 1621] |
| aka ZHUN ZHONG XUA, | ) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

**COUNT 1 - FALSE SWEARING IN IMMIGRATION MATTER**

On or about the 24th day of June, 2004, in the District of Guam, the defendant, XUE MING ZHENG aka ZHUN ZHONG XEA aka ZHAN ZHONG YEA, aka CUN ZHONG XUA, aka ZHUN ZHONG XUA, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746, a false statement with respect to a material fact in an Application for Asylum and for Withholding of Removal, a document required by immigration law or regulation prescribed

1

thereunder, to wit, that is, that he had never been in immigration court proceeding and that his date of birth was July 24, 1968, which said statements the defendant then and there knew were false, in that he had previously been in immigration court proceedings and his date of birth was not July 24, 1968, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2 - PERJURY

1. On or about the 24th day of June, 2004, in the District of Guam, XUE MING ZHENG aka ZHUN ZHONG XEA aka ZHAN ZHONG YEA, aka CUN ZHONG XUA, aka ZHUN ZHONG XUA, did submit a material written Application for Asylum and for Withholding of Removal, executed under penalty of perjury under the format of 28 U.S.C. § 1746, in which he did willfully and knowingly state material matters which he did not believe to be true, that is to say: that he had never been in immigration court proceeding and that his date of birth was July 24, 1968.

2. At the time and place aforesaid the Immigration and Naturalization Service (INS), did require that applications for asylum by it be in writing and executed in the format provided by 28 U.S.C. § 1746. It was material to such asylum application that the applicants state if the applicant had ever previously been in immigration court proceeding, and his correct date of birth.

3. At the time and place aforesaid, XUE MING ZHENG aka ZHUN ZHONG XEA aka ZHAN ZHONG YEA, aka CUN ZHONG XUA, aka ZHUN ZHONG XUA, submitted a signed written Application for Asylum to the INS, which contained the following statement: "I declare under penalty of perjury that the forgoing is true and correct. Executed on June 24, 2004. Signature Zheng Xue Ming." The application signed and submitted by XUE MING ZHENG aka ZHUN ZHONG XEA aka ZHAN ZHONG YEA, aka CUN ZHONG XUA, aka ZHUN ZHONG XUA, did falsely state that the statements in paragraph one, above, were true.

//
//

2

4. The aforesaid statements in the application signed and submitted by XUE MING ZHENG aka ZHUN ZHONG XEA aka ZHAN ZHONG YEA, aka CUN ZHONG XUA, aka ZHUN ZHONG XUA, as he then and there well knew and believed, were false in that he had previously been in immigration court proceedings and he was not born on July 24, 1968.

All in violation of Title 18, United States Code, Section 1621.

Dated this 3rd day of November, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

3

| | | |
|---|---|---|
| **Criminal Case Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **05-00080**
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __x__ No

Defendant Name    _XUE MING ZHENG_

Alias Name    _Zhun Zhong Xea, aka Zhan Zhong Yea,_

Address    _aka Cun Zhong Xua, aka Zhun Zhong Xua_

Birthdate _1963_ SS# _____ Sex _M_ Race _A_ Nationality _Chinese_

**U.S. Attorney Information:**

AUSA ___FREDERICK A. BLACK___

Interpreter: ___ No __X__ Yes   List language and/or dialect: _Chinese/Mandarin_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 18 USC 1546(a) | False Swearing in Immigration Matter | 1 |
| Set | 2 18 USC 1621 | Perjury | 2 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: _____   Signature of AUSA: _Frederick A. Black_

**RECEIVED NOV - 3 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM**