AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

U.S. DISTRICT COURT OF GUAM
RECEIVED
-3 NOV 2005 14 00 01

UNITED STATES OF AMERICA

V.

XUE MING ZHEN, aka ZHUN ZHONG XEA,
aka ZHAN ZHONG YEA, aka CUN ZHONG XUA,
aka ZHUN ZHONG XUA

**WARRANT FOR ARREST**

Case Number: CR-05-00080

**FILED**
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ XUE MING ZHEN, ETC. _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

COUNT I - FALSE SWEARING IN IMMIGRATION MATTER [ 18 U.S.C. §1546(a) ]

COUNT II - PERJURY [ 18 U.S.C. § 1621 ]

in violation of Title _____ United States Code, Section(s) _____

LEILANI R. TOVES HERNANDEZ
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

NOVEMBER 3, 2005; HAGÅTÑA, GUAM
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Agana, GU

| DATE RECEIVED 11/4/2005 | NAME AND TITLE OF ARRESTING OFFICER TIMOTHY L. CONWAY S/A | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 11/4/2005 | | |

ORIGINAL