```
                IN THE DISTRICT COURT OF GUAM                  FILED
                      TERRITORY OF GUAM
                      CRIMINAL MINUTES                  DISTRICT COURT OF GUAM
                                                            NOV - 4 2005

                                                           MARY L.M. MORAN
CASE NO. CR-05-00080          DATE: 11/4/2005              CLERK OF COURT
```

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                                    Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 3:19:01 - 3:30:50**            CSO: D. Quinata

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:  XUE MING ZHEN**                                  **ATTY :  JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK                                 AGENT: TM CONWAY, B.I.C.E.

U.S. PROBATION: CARLEEN BORJA                             U.S. MARSHAL: V. ROMAN / W. GRAY

INTERPRETER:   FOO MEE CHUN CLINARD                       LANGUAGE:   CHINESE

**PROCEEDINGS:   INITIAL APPEARANCE AND ARRAIGNMENT**

( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:  FEDERAL PUBLIC DEFENDER , ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___    HIGH SCHOOL COMPLETED:   7 YEARS
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES

( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) INDICTMENT
( X ) PLEA ENTERED:  ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO:  BOTH COUNTS IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____

( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR:   JANUARY 9, 2006 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Parties stipulated that the defendant is the individual alleged in the indictment.**