# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Xue Ming Zheng, etc.,<br><br>Defendant. | Case No. 1:05-cr-00080<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order, and Order of Detention Pending Trial, filed November 4, 2005,* on the dates indicated below:

| U.S. Attorney's Office | Federal Public Defender | U.S. Probation Office | U.S. Marshal Service |
|---|---|---|---|
| November 7, 2005 | November 7, 2005 | *November 7, 2005 (Order of Detention Only)* | *November 7, 2005 (Order of Detention Only)* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Trial Order, and Order of Detention Pending Trial, filed November 4, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 9, 2005        /s/ Virginia T. Kilgore
                              Deputy Clerk