JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
XUE MING ZHENG



FILED
DISTRICT COURT OF GUAM

DEC -5 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 05-00080 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE |
| | ) | OF PLEA HEARING |
| vs. | ) | |
| | ) | |
| XUE MING ZHENG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Change of Plea hearing currently scheduled for Monday, December 5, 2005, at 9:30 a.m. be continued to Tuesday, December 6, 2005, at 9:30 a.m.

The parties request this new Change of Plea hearing date as the defendant was unavailable for the original hearing date.

DATED: Mongmong, Guam, December 5, 2005.

JOHN T. GORMAN
Attorney for Defendant
XUE MING ZHENG

FREDERICK A. BLACK
Attorney for Plaintiff
UNITED STATES OF AMERICA