JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
XUE MING ZHENG



**FILED**
DISTRICT COURT OF GUAM
DEC -5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00080 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER re |
|  | ) STIPULATION TO CONTINUE |
| XUE MING ZHENG, | ) CHANGE OF PLEA HEARING DATE |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case is re-scheduled from December 5, 2005, to December 6, 2005, at 9:30 a.m.

DATED: Hagatna, Guam, December 5, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**