# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Xue Ming Zheng,<br><br>    Defendant. | Case No. 1:05-cr-00080<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge and the Report and Recommendations filed December 6, 2005***, on the dates indicated below:

*U.S. Attorney's Office*      *Federal Public Defender*
*December 7, 2005*       *December 7, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Consent to Rule 11 Plea Under a Felony Case Before a U.S. Magistrate Judge and the Report and Recommendations filed December 6, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 7, 2005      /s/ Leilani R. Toves Hernandez
               Deputy Clerk