FILED
DISTRICT COURT OF GUAM
JAN 09 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>XUE MING ZHENG,<br>a.k.a. ZHUN ZHONG XEA,<br>a.k.a. ZHAN ZHONG YEA,<br>a.k.a. CUN ZHONG XUA,<br>a.k.a. ZHUN ZHONG XUA,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00080<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of an Indictment charging him with False Swearing in Immigration Matter, in violation of 18 U.S.C. § 1546(a), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on March 6, 2006, at 9:30 a.m.

IT IS SO ORDERED.

DATED this 9th day of January 2006.

/s/ DONALD W. MOLLOY*
District Judge

---

\* The Honorable Donald W. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.