# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,  Plaintiff,  vs.  Xue Ming Zheng,  Defendant. | Case No. 1:05-cr-00080  **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed January 9, 2006*, on the dates indicated below:

*U.S. Attorney's Office*                         *Federal Public Defender*
*January 9, 2006*                                *January 10, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed January 9, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 10, 2006                           /s/ Leilani R. Toves Hernandez
                                                 Deputy Clerk