JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
XUE MING ZHENG

FILED
DISTRICT COURT OF GUAM
FEB 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 05-00080 |
|---|---|---|
| Plaintiff, | ) ) ) | RESPONSE TO PRESENTENCE REPORT; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| XUE MING ZHENG, | ) ) | |
| Defendant. | ) ) | |

Defendant, XUE MING ZHENG, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Presentence Investigation Report.

DATED: Mongmong, Guam, February 23, 2006.

JOHN T. GORMAN
Attorney for Defendant
XUE MING ZHENG

ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on February 23, 2006:

FREDERICK A. BLACK
Assistant United States Attorney, Senior Litigation Counsel
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


OCAMPO, JUDY ANNE
U.S. Probation Office
U.S. Courthouse
Hagatna, Guam 96910


DATED: Mongmong, Guam, February 23, 2006.

RENATE DOEHL
Legal Secretary to

JOHN T. GORMAN
Attorney for Defendant
XUE MING ZHENG