DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**



FILED
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00080**          **DATE: 03/06/2006**

***

HON. JAMES L. ROBART, Designated Judge
Court Reporter: Wanda Miles
**Hearing Electronically Recorded: 1019:55 - 10:26:13**

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente / L. Ogo

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **APPEARANCES** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: XUE MING ZHENG aka ZHUN ZHONG XEA   ATTY: JOHN GORMAN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: FRED BLACK / ROSETTA ROSS**          **AGENT:**

**U.S. PROBATION: MARIA CRUZ / JUDY OCAMPO**          **U.S. MARSHAL: J. CURRY / V. ROMAN**

**INTERPRETER:  FOO MEE CHUN CLINARD, previously sworn   LANGUAGE:  MANDARIN**

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:          Total offense level:  8     Criminal History Category:  I

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) **ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:**
No objection to the presentence report. Joint recommendation of a sentence of 157 days (time served). Requested the Court not to impose a fine.

( ) **DEFENDANT ADDRESSES THE COURT AND APOLOGIZES**

( X ) **GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:**
Opposed a fine.

( ) **LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT**

**NOTES/OTHER MATTERS:**

Government moved to dismiss Count II. GRANTED.

SENTENCE:  CR-05-00080                                    DEFENDANT: XUE MING ZHENG, ETC.

( X )     DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>157 DAYS (CREDIT FOR TIME SERVED)</u>.

( )     COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X )     UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>THREE YEARS</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. § 1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE THE UNITED STATES AND NOT RE-ENTER WITHOUT THE PERMISSION OF THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

3. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE MANDATORY DRUG TESTING CONDITION IS HEREBY SUSPENDED BASED UPON THE COURT'S DETERMINATION THAT THE DEFENDANT POSES A LOW RISK OF FUTURE SUBSTANCE ABUSE.

4. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND UNDER 18 U.S.C. § 3583.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 DUE IMMEDIATELY AFTER SENTENCING.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. COURT ORDERS THAT A COMPLETE AND CORRECTED COPY OF THE PRESENTENCE REPORT AND JUDGMENT BE PREPARED FOR THE BUREAU OF PRISONS AND THE U.S. SENTENCING COMMISSION. NO OBJECTIONS. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL FOR PROCESSING.